# Exhibit A

# Flash Drive Containing Bodyworn Camera Recording