# **Exhibit B**

## Transcript of Decedent's
## First Appearance Hearing

1               IN THE COUNTY COURT OF THE
               FOURTH JUDICIAL CIRCUIT, IN
2              AND FOR DUVAL COUNTY, FLORIDA.

3              CASE NO:  2022-MM-18246

4              DIVISION:  J1

5

6  STATE OF FLORIDA

7       -vs-

8  DEXTER ERIC BARRY,

9  _____Defendant._____

10

11  STATE OF FLORIDA )

12  COUNTY OF DUVAL  )

13

14      Audio Recording before the Honorable Gilbert

15  Feltel, Judge of the County Court, Division J1, as

16  cause in this matter was recorded on the 19th of

17  November, 2022.

18

19

20

21

22

23
               OFFICIAL REPORTERS, INC.
24         10950-60 SAN JOSE BLVD, #185
               JACKSONVILLE, FL 32223
25               (904) 358-2090

```
 1   APPEARANCES:

 2

 3        TUCKER WATTERS, Esquire,

 4             Assistant State Attorney,

 5             Appearing on behalf of the State of Florida.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S
2          THE COURT:  Barry -- Dexter Barry, please.
3          THE DEFENDANT:  Hello.
4          THE COURT:  All right.  Good morning,
5    Mr. Barry.  Mr. Barry, you are charged with simple
6    assault, second degree misdemeanor, punished by up
7    to 60 days in jail.  Do you have an attorney to
8    represent you in this matter?
9          THE DEFENDANT:  No, sir.
10         THE COURT:  Would you like me to appoint the
11   public defender?
12         THE DEFENDANT:  Yes, sir.
13         THE COURT:  All right.  I will appoint the
14   public defender to represent you.  State, do you
15   have a state offer?
16         MR. WATTERS:  I have tried to reach out to the
17   victim twice this morning with no results.  State
18   would just ask for a pass date.
19         THE COURT:  Okay.  How about a bond?
20         MR. WATTERS:  1503, Your Honor.
21         THE COURT:  Okay.
22         THE DEFENDANT:  Your Honor, sir.
23         THE COURT:  Just one moment, please.  Yes,
24   sir.  Mr. Barry, you can address me but I tell you
25   not to talk about the facts of your case.  What did
```

1    you want to tell me?

2        THE DEFENDANT:  I am on medication.  I just

3    had a heart transplant and I haven't took my

4    medicine all day since I have been locked up, and I

5    take rejection medicines for my heart so my heart

6    won't reject it, and I am almost two years out.

7        THE COURT:  Okay.

8        THE DEFENDANT:  And the medicine that I am

9    taking it's like 30 day prescription that's like

10    $2400.

11        THE COURT:  Okay.  Here is what I will do,

12    Mr. Dexter, I am going to -- they haven't been able

13    to contact the victim in the case.  I am going to

14    simply set a bond in your case of 503 and add the

15    additional condition of no violent victim contact.

16    This is a neighbor of yours, is that right?

17        THE DEFENDANT:  Yes, sir.

18        THE COURT:  All right.

19        THE DEFENDANT:  I didn't understand the rules

20    in Florida so I didn't know.  It's all verbal.  I

21    didn't -- I didn't have no contact with them --

22    (Unintelligible) -- or nothing.

23        THE COURT:  Understood.  The point being is

24    you are going to get out of jail if you are able to

25    make bond of 503.  Your next court date, sir --

1       this would be in front of Judge Derke.  Your next

2       court date, sir, if you are able to make bond is

3       November 29 at 2:00 p.m. in courtroom 512, and the

4       only additional condition I am putting on your

5       release is no violent victim contact.  That just

6       means --

7           THE DEFENDANT:  So -- excuse me.

8           THE COURT:  It just means -- I advise you not

9       to talk to your victim at all, but I understand

10      that you are neighbors so there may be some

11      indication of where you are going to be in close

12      proximity to each other but I would just avoid

13      them.

14          I have appointed the public defender to

15      represent you and hopefully you are able to make

16      bond here and get your medication.

17          THE DEFENDANT:  So can I go today?

18          THE COURT:  If you make bond, yes, sir.

19          THE DEFENDANT:  All right.  Thank you.

20          THE COURT:  Thank you very much.

21          (The proceedings were concluded.)

22

23

24

25

```
 1              C E R T I F I C A T E

 2   STATE OF FLORIDA )

 3   COUNTY OF DUVAL  )

 4        I, Melanie D. Simpkins, Certified Realtime

 5   Reporter, Certified Realtime Captioner and Registered

 6   Professional Reporter, certify that I was authorized to

 7   and did transcribe the foregoing proceedings and that

 8   the transcript is a true and complete record to the

 9   best of my ability of the recording.

10        DATED this 30th day of January, 2023.

11

12

13

14                    /s/ Melanie Simpkins
                      MELANIE D. SIMPKINS
15                    Certified Realtime Reporter
                      Certified Realtime Captioner
16                    Registered Professional Reporter

17

18

19

20

21

22

23

24

25
```