# Exhibit C

# MEO Report Concerning Decedent



# District IV Medical Examiner's Office
*Serving Duval, Clay, Nassau, Hamilton, & Columbia Counties*

## NON-MEDICAL EXAMINER CASE

ME Number:  **22-02832**                                    Decedent: **Barry Dexter**

11/23/2022 3:47 PM

On this date, at approximately 3:25pm, the MEO was contacted by Jennifer, RN, UF Heath Jacksonville ER, regarding the death of this 54 year old black male. The decedent was pronounced in the ER.

The nurse advised the following: The decedent resides alone at 26 E. 59th St. #201, Jacksonville, FL 32208. On this date, at approximately 1:15pm, the decedent called his home health nurse, Carrington Goff (904-517-3054) and advised him that he could not get up from the floor and asked him for assistance. The home health nurse responded to the apartment and was unable to get the decedent up, therefore he called rescue for assistance. JFRD responded and the home health nurse went to direct them to the decedent. When rescue returned to the decedent, he was unresponsive. The decedent was transported to the ER, arriving at 2:15pm in cardiac arrest. The code was worked and he was pronounced at 2:39pm by Dr. Gray. No radiology or toxicology was completed, although there was no indications of bruising or deformities observed.

The decedent has a medical history of heart transplant, previous CVA and kidney disease. He was taking multiple medications, although they were not transported with the decedent and are unknown at this time. Next of kin is currently unknown.

Contact was made with Mr. Goff who advised he had been the decedent's home nurse for 6 months and he saw him once a week. On this date, he was scheduled to see the decedent at approximately 5:00pm, when the decedent called him at 1:15pm and told him he had fallen in the living room and was too weak to get up. He denied having any pain and denied rescue at that time. Upon arriving at the apartment, Mr. Goff indicated the he could not get the decedent up, therefore he called rescue. Rescue was having difficulty locating the apartment, therefore the nurse went to guide rescue to the decedent. When they all returned, the decedent was unresponsive. He did advised the decedent had told him that he had been arrested for a neighborhood dispute last week and he spent a couple days in jail and did not take his medications. He described the decedent as looking bloated today, and he only observed a skin tear on the decedent's knee. The decedent did not use tobacco, although he drank alcohol on occasion. Mr. Goff advised he has never seen any indication of illicit drug use and did not know the decedent to use drugs.

Dr. Nicolaescu was advised and declined jurisdiction. This is not a Medical Examiner case. Jennifer at UFHJ was advised.

1/2

2100 Jefferson Street  
Jacksonville FL 32206  
904.255.4000 (main office)

Accredited By:

www.coj.net  
MEORecords@coj.net  
904.630.0964 (facsimile)



# District IV Medical Examiner's Office

*Serving Duval, Clay, Nassau, Hamilton, & Columbia Counties*

## NON-MEDICAL EXAMINER CASE

ME Number:  **22-02832**                           Decedent:  **Barry Dexter**

Jeffrey J. Brokaw, F-ABMDI
Forensic Investigations Manager

2/2

2100 Jefferson Street
Jacksonville FL 32206
904.255.4000 (main office)

Accredited By:

www.coj.net
MEORecords@coj.net
904.630.0964 (facsimile)