# Exhibit D

# Decedent's Autopsy Report

# Private Autopsy Associates, LLC

6517 North Armenia Avenue – Tampa, Florida 33604
Phone: (813) 895-5895  Fax: (813) 402-4000  Web: www.autopsyflorida.com
Jose V. SuarezHoyos, M.D., Medical Director
autopsies@autopsyflorida.com

## AUTOPSY

## 22-L-24

### *Dexter Barry*

| | |
|---|---|
| **DATE OF DEATH:** | 23-November-2022 |
| **AGE / DATE OF BIRTH:** | 54 / 30-September-1968 |
| **CONSENT:** | Felicia Davis-Barry<br>Wife |
| **AUTOPSIED:** | 22-December-2022<br>Patterson Cremation<br>Jacksonville, FL |
| **PROSECTOR:** | Jose V. SuarezHoyos, M.D. |
| **FINAL REPORT:** | 13-March-2023 |

# **FINAL ANATOMIC DIAGNOSES**

1. Status post heart transplant on 10/30/2020.
2. Hypertrophic concentric cardiomyopathy of transplanted heart, severe.
3. Moderate to severe rejection reaction in the transplanted heart.
4. Myocardial infarcts, left ventricular wall and septum, old.
5. Cavitated brain infarcts in the territory of right and left middle brain arteries, focal.
6. Cavitated cerebellar infarcts, right and left occipital lobes, focal.
7. Ischemic micro-infarcts of pituitary gland, old.
8. Fibrous adhesions between epicardium, right and left lungs and anterior chest wall, multiple.
9. Fibrous pleural adhesions between left lung and left chest wall, multiple.
10. Fibrous pleural adhesions between left lung and left diaphragmatic muscle, focal.
11. Fibrous pleural adhesions between right lung and right diaphragmatic muscle, focal.
12. Anthracosis of lungs hilar and mediastinal lymph nodes, moderate.
13. Centrilobular and panlobular emphysema, bilateral, moderate.
14. Pulmonary fibrosis, bilateral, mild to moderate.
15. Atherosclerosis of distal aorta and iliac arteries, moderate.

_[signature]_
**Jose V. SuarezHoyos, M.D.**
**Board Certified Pathologist**

JSH
llm/Gross (#777)
gsm/Micro (#072)

## EXTERNAL EXAMINATION

The body is that of a gentleman that has been embalmed previous to the autopsy, exhibiting no gross abnormalities. An old vertical scar is identified on the anterior chest measuring 19.5 cm. Two rows of old horizontal surgical scars measuring 1.5 cm in length are identified on the epigastrium. Each row has four surgical scars. An irregular surgical scar measuring 7.0 cm is present in the left upper chest. A tattoo is present on the right shoulder. An irregular scar measuring 3.0 cm in diameter is present in the left lower abdominal quadrant.

No evidence of violence is present in the head, neck, upper limbs, lower limbs or trunk. Evidence of resuscitation efforts are present on the chest.

## INTERNAL EXAMINATION

The body is opened with the usual "Y" incision. 3.5 cm of subcutaneous fat are present at the umbilical level. On opening the peritoneal cavity, a small amount of embalming fluid is present free in the peritoneal cavity. The serosal surfaces do not show evidence of infection or inflammation.

The anterior chest shows broken ribs on the right and left sides. On opening the chest, innumerable, diffuse fibrous adhesions are present between the epicardium, right and left lungs and the anterior chest wall. The pericardial sac has been removed anteriorly. The left lung shows innumerable fibrous pleural adhesions to the left chest wall and the diaphragmatic muscle. Focal fibrous pleural adhesions are identified on the lateral posterior and toward the diaphragmatic muscle on the right lung.

## GROSS EXAMINATION BY SYSTEM

**CARDIOVASCULAR SYSTEM:**
The lungs and heart are extracted en bloc. The heart is not detached from the lungs. It is markedly enlarged and hypertrophic. The estimated weight is 600 grams. The heart and lungs are transected from the diaphragmatic muscle upward to the major thoracic blood vessels. The left ventricle is markedly hypertrophic measuring 2.0 cm in average thickness. The left ventricle is markedly decreased in volume. The right ventricle measures 0.4 to 0.5 cm in thickness. Hypertrophic papillary muscles are present in the right and left ventricles.

The tricuspid, mitral, and pulmonary valves are not measured however, they are estimated to have normal circumference with no abnormalities in the pulmonary cusps, aortic cusps, mitral valve, tricuspid valve, leaflets of the tricuspid and mitral valve and chordae tendineae. Surgical stitches are clearly identified at the ascending aorta. They are in place with no evidence of leakage or hemorrhage.

The multiple sections of the heart reveal areas of fibrosis indicative of old myocardial infarcts in the intraventricular septum toward the base and lateral left ventricular wall and toward the apex.

The thoracic aorta shows mild atherosclerosis with no calcification. The descending aorta shows progressive atherosclerosis with moderate calcification of the wall and mild to moderate obstruction of the lumen. Moderate atherosclerosis with good preservation of the lumen is present in the iliac arteries. The major arteries to the neck, upper limbs, superior mesenteric artery and renal arteries do not reveal significant atherosclerosis.

**RESPIRATORY SYSTEM:**
The larynx and trachea are patent and devoid of foreign material. The right and left lungs are not weighed after embalming. Multiple sections of lungs do not reveal areas of bronchopneumonia, hemorrhage or tumoral masses.

**GASTROINTESTINAL SYSTEM:**
The esophagus is lined with longitudinally folded mucosa.

The stomach does not contain food, tablets, pills or blood. The mucosa does not show areas of hemorrhage, ulcerations or tumoral masses.

Small intestine – The small intestine contains a small amount of fecaloid material. The mucosa of the small intestine is unremarkable. The distal ileum is unremarkable.

The vermiform appendix is present. The cecum, ascending, transverse, descending and sigmoid colon contains a small amount of well-formed fecal material. The colonic mucosa is unremarkable.

**LIVER:**
The liver is moderately hyperemic and on section, areas of hemorrhage or tumoral masses are not present.

**GALLBLADDER:**
The gallbladder does not contain bile. Multiple trocar tracks for embalming are identified in the gallbladder and liver.

**PANCREAS:**
The pancreas is lobulated and yellowish-gray. On section the central duct is not dilated. Areas of hemorrhage or tumoral masses are not present.

**SPLEEN AND HEMATOPOIETIC SYSTEMS:**
Spleen – The spleen is normal in size and on section it is moderately hyperemic.

Lymph nodes – Mesenteric lymph nodes are unremarkable. Mediastinal and hilar lymph nodes are moderately anthracotic.

**ENDOCRINE AND GENITOURINARY SYSTEMS:**
Pituitary gland – The pituitary gland is located in the usual place. It appears smaller and soft.

Thyroid gland – The thyroid gland is located anteriorly and laterally the trachea in the neck. It weighs approximately 15 grams and on section it is unremarkable.

Adrenal glands – The right and left adrenal glands weigh approximately 4 grams each. On section the corticomedullary junctions are well-defined. Areas of hemorrhage or tumoral masses are not present.

Testicles – The testicles are difficult to palpate in the scrotum after embalming.

Kidneys – The renal capsules are stripped with ease revealing lobulated renal surfaces. The kidneys after embalming weigh 130 grams each. On section, the corticomedullary junctions are well defined. The pyelocalyceal and ureteral systems are unremarkable.

Urinary bladder – The urinary bladder does not contain urine and the mucosa is unremarkable.

Prostate gland – The prostate gland is difficult to dissect out after embalming however it is not enlarged.

Dexter Barry
22-L-24

**CENTRAL NERVOUS SYSTEM:**
The skull is opened in the usual manner and the brain is extracted. The right and left parietal lobes show cortical infarcts in the territory of the middle right and left cerebral arteries. The areas of infarctions measure 2.5 cm in average.

The right and left occipital lobes show irregular infarctions measuring 2.0 cm in average. Coronal sections of the brain show softening of the corpus callosum.

Areas of hemorrhage or tumoral masses are not observed inside the brain, cerebellum and pons. The substantia nigra is normal in amount and distribution. The ventricles are symmetrical and not dilated. The hippocampus is not flattened, and it is unremarkable.

## MICROSCOPIC EXAMINATION BY SYSTEM

**CARDIOVASCULAR SYSTEM:**
Sections obtained from the heart reveal severe lymphocytic infiltrate at the junction of the natural pericardium and the transplanted heart. The lymphocytic infiltrate is made of monotonous lymphocytes with scant cytoplasm and round nuclei. Neutrophils, plasma cells or eosinophils are not present. The changes are those of an autoimmune reaction with T-lymphocytes.

The myocardium shows mild to moderate lymphocytic infiltrate in the interstitium of the myocardium. Foci of severe lymphocytic infiltrate, similar to that described on the interface of the pericardium and heart, are also present. The blood vessels at the junction of the pericardium and heart shows severe lymphocytic infiltrate in the endothelium, and mild to moderate infiltrate in the intermediate and external layers. The endocardium of the left ventricle shows a moderate to severe thin layer of lymphocytes, showing similar characteristics to those present elsewhere. Sections obtained from the junction of the proximal aorta to the heart and native aorta shows foci of autoimmune lymphocytic infiltrate. The site at the surgical sutures shows mild foreign body granulomatous reaction with occasional multinucleated giant cells. The myocardial fibers themselves do not show significant evidence of ischemia. Focal areas of fibrosis with disappearance of myocardial fibers are identified. Areas of acute inflammatory reaction with hemorrhage, indicative of an acute myocardial infarction of a few hours in evolution are not observed.

**RESPIRATORY SYSTEM:**
Sections obtained from the right and left lungs show diffuse moderate centrilobular and panlobular emphysema. Aggregates of foamy macrophages with what appears to be hemosiderin are identified. Small bronchi show irregularly dilated lumen with hyperplastic columnar epithelium. Malignant changes are not present. Autoimmune reaction, similar to those described in the heart are not identified.

The alveolar walls are mildly thickened with focal disappearance of capillaries, indicative of diffuse, bilateral mild to moderate pulmonary fibrosis. Areas of bronchopneumonia or tumoral masses are not observed.

**Gastrointestinal System:**
Stomach – Sections obtained from the stomach shows moderate diffuse postmortem autolysis of the mucosa. Partially preserved tissues do not show areas of hemorrhage, inflammation or tumoral masses.

Colon – Sections obtained from the colon do not show areas of hemorrhage, inflammation or tumoral masses.

**LIVER:**
Sections obtained from the liver shows distended sinusoids partially filled with erythrocytes. The central veins are moderately distended. The portal spaces show mild increase of lymphocytic population with no evidence of hepatitis. The small bile ducts are unremarkable.

**PANCREAS:**
Sections obtained from the pancreas shows diffuse, advanced postmortem autolysis of the glands. The advanced postmortem autolysis precludes detailed cellular evaluation.

**SPLEEN AND HEMATOPOIETIC SYSTEM:**
Spleen – Sections of the spleen shows hypertrophic lymphoid follicles. Diffuse, moderate to severe postmortem autolysis prevents detailed cellular evaluation. Malignant changes are not present.

Lymph nodes – The lymph nodes identified show moderate edema of the stroma. Malignant changes are not observed.

**ENDOCRINE AND GENITOURINARY SYSTEMS:**
Pituitary gland – Sections obtained from the pituitary gland shows focal interstitial fibrosis with disappearance of pituitary gland cells. The changes are highly suggestive of hypoxic damage.

Thyroid gland – Sections obtained from thyroid gland does not show autoimmune reaction. Areas of hemorrhage, inflammation or tumoral masses are not observed.

Adrenal glands – Sections obtained from adrenal glands show mild postmortem autolysis. Sinusoids filled with erythrocytes are identified. Areas of inflammation, hemorrhage or tumoral masses are not observed.

Kidneys – Sections obtained from the kidneys show moderate postmortem autolysis of tubular epithelium. Partially preserved glomeruli do not show increased cellularity. The small blood vessels do not show significant concentric hyperplasia. Autoimmune reactions are not identified.

Urinary bladder – Sections obtained from the urinary bladder shows moderate postmortem autolysis of urothelium. The lamina propria is unremarkable. Autoimmune reactions are not observed.

**CENTRAL NERVOUS SYSTEM:**
Sections obtained from the areas of infarction in the brain show cavitated lesions with absence of autoimmune disease. The cavitated infarcts are partially filled with foamy macrophages and blood vessels. Autoimmune reactions are not observed.

## **CLINICAL PATHOLOGICAL CORRELATION**

This 54-year-old gentleman had a cardiac transplant on 10/30/2020. He underwent the regular treatment for a patient with a transplanted heart with anti-autoimmune treatment. Periodic myocardial biopsies of the right ventricle reported negative ISHLT1990 Grade 1A and ISHLT2004 Grade 1R indicating a stable, under control, transplanted heart autoimmune reaction.

According to clinical history provided by the family this patient was "taken into custody and for 2-3 days did not receive his anti-immune medicines".

Clinical history provided by the University of Florida indicates that this patient arrived at the emergency room in cardiac arrest, that had happened recently at a home health facility. He underwent severe acute treatment at the emergency room. He was declared dead approximately 30 minutes after arrival.

At autopsy the heart showed severe concentric hypertrophic cardiomyopathy with severe fibrous adhesions between the epicardium and the right and left lungs.

Microscopically the transplanted heart showed severe autoimmune reaction that was also present in the remnants of pericardium and epicardium of the transplanted heart. Moderate to severe autoimmune reaction was also present in the myocardium of the heart, endocardium, coronary arteries, interstitial and soft tissues of the transplanted heart. Moderate hypoxic changes were present, however no evidence of an acute myocardial

infarction of more than 6-8 hours in evolution was present in the heart. The left ventricular wall of the heart and septum showed areas of fibrosis with disappearance of myocardial fibers, indicative of old myocardial infarcts.

As a general pathologist I do not feel qualified to give a professional opinion as to the effect of discontinuation of the anti-immune therapy to this patient for 2-3 days.

The cause of death of this patient is cardiac arrest as supplied by the clinical history, most probably due to severe autoimmune reaction to the myocardium, coronary arteries, endocardium and soft tissues.

The lungs showed evidence of bilateral, mild to moderate pulmonary fibrosis with no evidence of autoimmune reaction. Also present was centrilobular and panlobular emphysema, as well as anthracosis.

The brain showed cavitated infarcts in the territory of the right and left middle brain arteries. The cerebellum also showed cavitated infarcts in the right and left occipital lobes, focally. Also identified were old ischemic microinfarcts in the pituitary gland.