**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FELICIA DAVIS-BARRY,
as Personal Representative
of the Estate of Dexter Eric Barry

               Plaintiff,

vs.                                    CASE NO. 3:24-cv-00102-WWB-PDB

T.K. WATERS, in his official capacity
as the Sheriff of Duval County, Florida,

               Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

     Pursuant to Rule 6(b), Federal Rules of Civil Procedure, Defendant, Sheriff T.K. Waters, moves for an extension of time to respond to Plaintiff, Felicia Davis-Barry's Complaint (Docket No. 1), and states:

     1.     On January 29, 2024, Plaintiff instituted the above-styled action against Sheriff Waters in his official capacity alleging one count for deliberate indifference to serious medical needs pursuant to 42 U.S.C. § 1983.  See Docket No. 1, Complaint.

     2.     On February 1, 2024, Sheriff Waters was served with the Summons and Complaint, constituting his first receipt of the initial pleading in this action.  See Docket No. 7, Return of Service.

     3.     As of the date of this filing, Sheriff Waters's response to Plaintiff's Complaint is due to be filed by the date of this Motion, February 22, 2024.

4.      Sheriff Waters is requesting additional time to adequately research the issues presented by Plaintiff in the Complaint due to counsel's scheduling conflicts and additional information required, and Plaintiff does not oppose this request.  Specifically, Sheriff Waters respectfully requests an additional two weeks to respond to the Complaint on or before March 7, 2024.

## MEMORANDUM OF LAW

The Court may, in its discretion, extend a deadline if the movant requests it prior to the deadline and shows good cause for the extension. See Fed. R. Civ. P. 6(b). As set forth above, good cause exists for an extension to file an Answer to Plaintiff's Complaint. This Motion has not been filed for any improper purpose and will not affect other deadlines. No party will be prejudiced if the Court grants the requested relief.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Middle District of Florida Local Rules, the undersigned certifies that she conferred with Plaintiff's counsel, Andrew Bonderud, Esq., on February 21, 2024, and Plaintiff does not oppose the requested extension of time.


Dated: February 22, 2024                    **OFFICE OF GENERAL COUNSEL**
                                            **CITY OF JACKSONVILLE**


                                            _/s/ Tiffiny Douglas Pinkstaff_
                                            Tiffiny Douglas Pinkstaff, Lead Trial Counsel
                                            Assistant General Counsel
                                            Florida Bar No. 682101
                                            117 West Duval Street, Suite 480
                                            Jacksonville, Florida  32202
                                            904.255.5072│tpinkstaff@coj.net

                                            **ATTORNEY FOR SHERIFF T.K. WATERS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of February, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/ Tiffiny Douglas Pinkstaff*
Attorney