**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FELICIA DAVIS-BARRY,

        Plaintiff,

v.                                                              Case No.: 3:24-cv-102-WWB-PDB

T.K. WATERS,

        Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Uniform Case Management Report (Doc. 12) in which the parties request a preliminary pretrial conference to discuss the estimated length of trial, discovery, and case management. This case is hereby referred to the Magistrate Judge for a preliminary pretrial conference to be conducted as the Magistrate Judge's calendar permits. The parties are directed to file a notice within seven (7) days after the preliminary pretrial conference advising of the estimated length of trial.

**DONE and ORDERED** in Jacksonville, Florida on this 15th day of April 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record