United States District Court
Middle District of Florida
Jacksonville Division

**FELICIA DAVIS-BARRY,**

    *Plaintiff,*

v.                                                    NO. 3:24-CV-102-WWB-PDB

**T.K. WATERS,**

    *Defendant.*

## Clerk's Minutes

| **Proceeding** | Preliminary Pretrial Conference |
|---|---|
| **Date** | April 22, 2024 |
| **Time** | 2:06—34 p.m. |
| **Judge** | Patricia Barksdale, U.S. Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen |
| **Counsel for Plaintiff** | Andrew Bonderud |
| **Counsel for Defendants** | Tiffiny Pinkstaff and Mary Margaret Giannini |
| **Digital/Reporter** | Digital |

Counsel were present to discuss discovery issues and case management, including the length of the trial.

Judge Barksdale reminded counsel they can (1) request a settlement conference before a magistrate judge and (2) consent to magistrate judge jurisdiction as they get closer to trial to receive a date certain for trial.