UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FELICIA DAVIS-BARRY,
as Personal Representative
of the Estate of Dexter Eric Barry,

    Plaintiff,

v.                                CASE NO.: 3:24-cv-000102-WWB-PDB

T.K. WATERS, in his official capacity
as Sheriff of Duval County, Florida,
    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Mary Margaret Giannini, hereby gives notice of her appearance as counsel for Defendant, T.K. WATERS, in his official capacity as Sheriff of Duval County, Florida and hereby requests that a copy of all pleadings, correspondence, orders, or other papers be provided to the undersigned at the address below.

                                                Respectfully submitted,

                                                **OFFICE OF GENERAL COUNSEL**

                                                */s/Mary Margaret Giannini*
                                                **MARY MARGARET GIANNINI**
                                                Assistant General Counsel
                                                Florida Bar No. 1005572
                                                117 West Duval Street, Suite 480
                                                Jacksonville, Florida 32202

(904) 255-5100 (Telephone)
(904) 255-5120 (Facsimile)
MGiannini@coj.net; ereynolds@coj.net
*Counsel for Defendant, City of Jacksonville*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August 2024, a true and correct copy of the foregoing was filed with the Clerk of Court for uploading to the CM/ECF system which will send notice of electronic filing to all counsel of record who are participants in the Court's ECF filing system:

*/s/ Mary Margaret Giannini*
*Counsel for Defendant*
