# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| FELICIA DAVIS-BARRY, as Personal Representative of the Estate of DEXTER ERIC BARRY,<br>    Plaintiff,<br><br>v.<br><br>Sheriff T.K. WATERS, in his official capacity as the Sheriff of Duval County, Florida,<br>    Defendant. | Case No. 3:24-cv-102-WWB-PDB |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff, FELICIA DAVIS-BARRY, as Personal Representative of the Estate of DEXTER ERIC BARRY, and Defendant, Sheriff T.K. WATERS, in his official capacity as the Sheriff of Duval County, Florida, by and through the undersigned Counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claim against Defendant with prejudice, with the parties bearing their respective attorney fees and costs.

Dated February 5, 2025.                **THE BONDERUD LAW FIRM, P.A.**

                            */s/ Andrew Bonderud*
                            Andrew M. Bonderud, Esq.
                            Florida Bar No. 102178
                            2130 Riverside Ave.
                            Jacksonville, FL 32204
                            904-438-8082 (telephone)

1

        904-800-1482 (facsimile)
        Andrew@Jax.Lawyer
        Austin@Jax.Lawyer
        Jessica@Jax.Lawyer
        Kinnette@Jax.Lawyer
        BonderudLaw@gmail.com
        *Counsel for Plaintiff*

        */s/ Tiffiny Pinkstaff*
        Tiffiny Douglas Pinkstaff, Esq.
        Assistant General Counsel
        Mary Margaret Giannini, Esq.
        Assistant General Counsel
        Office of General Counsel
        City of Jacksonville
        117 West Duval Street, Suite 480
        Jacksonville, FL 32202
        TPinkstaff@coj.net
        MGiannini@coj.net
        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2025, I served the foregoing document

via email upon:

Tiffiny Douglas Pinkstaff, Esq.
Assistant General Counsel
Mary Margaret Giannini, Esq.
Assistant General Counsel
Office of General Counsel
City of Jacksonville
117 West Duval Street, Suite 480
Jacksonville, FL 32202
TPinkstaff@coj.net
MGiannini@coj.net
*Counsel for Defendant*

        */s/ Andrew Bonderud*
        Attorney